11TH COURT OF APPEALS
EASTLAND, TEXAS
JUDGMENT

Karl Lee Bunselmeyer,                    * From the 104th District
                                           Court of Taylor County,
                                           Trial Court No. 17658B.

Vs. No. 11-11-00195-CR                   * June 6, 2013

The State of Texas,                      * Memorandum Opinion by Wright, C.J.
                                           (Panel consists of: Wright, C.J.,
                                           McCall, J., and Willson, J.)

This court has inspected the record in this cause and concludes that there is no error in the judgment below. Therefore, in accordance with this court's opinion, the judgment of the trial court is in all things affirmed.